IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23CV32-GCM

| | |
|---|---|
| FERLIN T. PRIDEMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | ORDER |

This matter is before the Court upon its own motion. The "Brief of Plaintiff in Support of his Social Security Appeal" (Doc. No. 12) does not comply with Local Rule 7.2(d)(1)-(6). Plaintiff is directed to refile his brief within fourteen days, organizing it in accordance with the Local Rule cited and specifically listing "the issues presented for review, separately identifying and enumerating each alleged error of the ALJ." LCvR. 7.2(d)(4). The Defendant will then have fourteen days to file an amended response. Plaintiff may file a reply within seven days thereafter.

IT IS SO ORDERED.

Signed: July 27, 2023

Graham C. Mullen
United States District Judge